**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **NICOLE LAPPIN,** | ) | **CASE NO: 5:20-CV-107** |
| | ) | |
| Plaintiff, | ) | **JUDGE: SARA LIOI** |
| | ) | |
| vs. | ) | **MAGISTRATE: JUDGE KATHLEEN** |
| | ) | **B. BURKE** |
| **ALLSTATE FIRE AND CASUALTY** | ) | |
| **INSURANCE COMPANY,** | ) | **DEFENDANT ALLSTATE FIRE &** |
| | ) | **CASUALTY COMPANY'S** |
| Defendant. | ) | **STIPULATED MOTION FOR** |
| | ) | **EXTENSION** |

Defendant Allstate Fire & Casualty Insurance Company ("Allstate") moves for a 14-day extension until April 1, 2020, to respond to plaintiff Nicole Lappin's complaint. Plaintiff's counsel has stipulated to the proposed extension. One prior extension of 30 days has been granted. The extension is not sought for purposes of delay, but rather because Allstate has recently retained additional counsel who will be entering an appearance in this action and involved in preparing the responsive pleading to Plaintiff's class action complaint.

Respectfully submitted,

/s/ Gregory R. Farkas
Gregory R. Farkas         (0069109)
Lindsey Carr Siegler       (0074812)
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, OH  44114
216-515-1660 – Telephone
216-515-1650 – Facsimile
gfarkas@frantzward.com
lsiegler@frantzward.com

Attorneys for Defendant
Allstate Fire and Casualty Insurance Company

00805272-1