UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NICOLE LAPPIN<br><br>　　　　　　　Plaintiff<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY<br><br>　　　　　　　Defendant | CASE NO. 5:20-cv-00107-SL<br><br>JUDGE SARA LIOI<br><br>MAGISTRATE JUDGE KATHLEEN B. BURKE |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Nicole Lappin, by and through her undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismisses this case without prejudice.

Dated:  April 28, 2020

                                                Respectfully submitted,

                                                s/ Stuart E. Scott
                                                STUART E. SCOTT (0064834)
                                                KEVIN C. HULICK (0093921)
                                                **SPANGENBERG SHIBLEY & LIBER LLP**
                                                1001 Lakeside Avenue East, Suite 1700
                                                Cleveland, OH  44114
                                                (216) 696-3232
                                                (216) 696-3924 (FAX)
                                                *sscott@spanglaw.com*
                                                *khulick@spanglaw.com*

                                                ***Counsel for Plaintiff***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of April 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

                                         s/ Stuart E. Scott
                                         STUART E. SCOTT (0064834)
                                         KEVIN C. HULICK (0093921)
                                         **SPANGENBERG SHIBLEY & LIBER LLP**
                                         1001 Lakeside Avenue East, Suite 1700
                                         Cleveland, OH  44114
                                         (216) 696-3232
                                         (216) 696-3924 (FAX)
                                         *sscott@spanglaw.com*
                                         *khulick@spanglaw.com*

                                         ***Counsel for Plaintiff***